UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 07-61774-Civ-Altonaga/Turnoff

JAMES K. FIANO,

    Plaintiff,

vs.

PALISADES COLLECTION, LLC

    Defendant.

_____/

FILED by _____ D.C.

**JUN 2 0 2008**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## REPORT OF CIVIL MEDIATION

A mediation hearing was held on ___June 16, 2008___, for the above styled case.
Mediator, PATRICK C. MASSA, conducted the proceedings.

___✓___ 1.  All parties, corporate representatives, and/or required claims professionals were present with full authority to negotiate a settlement.

_____ 2.  All parties, corporate representatives, and/or required claims professionals were present with full authority to negotiate a settlement, except

_____

_____

The result of the conference is as follows:

___✓___  The conflict has been completely resolved.

_____  The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution:

_____

_____  The parties have reached a total impasse; all issues require Court action.

_____  **The matter has been continued for further mediation.**

_____  Other:_____

_____

    Case set for trial:_____

DATED this _16_ day of _June_, 2008.

_____
PATRICK C. MASSA - MEDIATOR

Fiano v Palisades Collection  - Case No.: 07-61774-Civ-Altonaga/Turnoff
Report of Civil Mediation
Page 2

_____/

Copies Furnished:

UNITED STATES DISTRICT COURT (original and 1 copy for Judge)
SOUTHERN DISTRICT OF FLORIDA
ATTN:  CIVIL FILING
701 Clematis Street
West Palm Beach, FL   33401

DONALD A. YARBROUGH, ESQUIRE
P.O. Box 11842
Fort Lauderdale, FL 33339

RICHARD E. LANDMAN, ESQUIRE
Akerman Senterfitt
Suite 1600
350 E. Las Olas Boulevard
Fort Lauderdale, FL 33301