UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 07-61774-CIV-ALTONAGA/Brown

**JAMES K. FIANO**,

    Plaintiff,

vs.

**PALISADES COLLECTION, LLC**,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [D.E. 38].  The Court having been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby

**ORDERED AND ADJUDGED** that the above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties.  All pending motions are denied as moot.  The Clerk of the Court shall **CLOSE THIS CASE** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers in Miami, Florida this 22nd day of July, 2008.

 

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record